Form ntcdefni (01/2024)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:     Aarons Landscaping LLC                    Case No.: 26–40864–MJH
           Debtor(s).                                Chapter: 11

---

## NOTICE OF DEFICIENT FILING

## FOR NON–INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, filed on **March 26, 2026** , contains one or more filing deficiencies which must be corrected. **Failure to cure the deficiencies on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**          **April 3, 2026**

Statement of Corporate Ownership – FRBP 1007(a)(1)
Chapter 11 $1738.00 Filing Fee

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**          **April 10, 2026**

All requirements under this section have been met.

**PAYMENT OF FEES:**

Visit the court's website at www.wawb.uscourts.gov to pay filing fees online or mail a cashier's check or money order, made payable to the U.S. Bankruptcy Court, to the address provided above. Personal checks and bill pay checks tendered for payment of filing fees will not be accepted from Debtors.

DATED: **March 27, 2026**

                                        Gina Zadra Walton
                                        Clerk of the Bankruptcy Court