UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

Aarons Landscaping LLC,

                                    Debtor.

No. 26-40864-MJH

NOTICE OF APPOINTMENT OF
SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**Geoffrey Groshong
600 Stewart Street, Suite 1300
Seattle, WA  98101
206.508.0585
trustee@groshonglaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

DATE: March 27, 2026

Respectfully submitted,

JONAS V. ANDERSON
Acting United States Trustee for Region 18

*/s/ Ryan S. Moore*

Ryan S. Moore, WSBA #50098
Attorney for the United States Trustee

NOTICE OF APPOINTMENT OF
SUBCHAPTER V TRUSTEE

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000

Case 26-40864-MJH   Doc 13   Filed 03/27/26   Ent. 03/27/26 13:44:18   Pg. 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

IN RE:                                         CASE NO.  26-40864-MJH

AARON'S LANDSCAPING LLC


Debtor.                                        CHAPTER 11


### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as

Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as

defined by 11 U.S.C. §101(14) in that I:

      (a)    am not a creditor, equity security holder or insider of the debtor;

      (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

      (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation

for my service in this case at an hourly rate of $475 and for my paralegal, Kalen Daniels, at an

hourly rate of $190, in addition to seeking reimbursement for any actual and necessary expenses

I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to

FRBP 2008.

Dated:  3.27.2026

_____
Geoffrey Groshong

1